UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

------------------------------------- x
NEXTEL COMMUNICATIONS OF THE MID-  :
ATLANTIC, INC. d/b/a NEXTEL
COMMUNICATIONS                     :

              Plaintiff,          :

                                      Civil Action No. _____

   vs.                             05-11164 RWZ

THE TOWN OF STOUGHTON,
MASSACHUSETTS, THE ZONING BOARD OF
APPEALS OF THE TOWN OF STOUGHTON,  :
MASSACHUSETTS, and ORLANDO
DIGIAMPIETRO, STEVEN MITCHELL,     :
SHERMAN EPRO AND RICHARD ROMANICK,
in their capacities as Members of the Town of  :
Stoughton Zoning Board of Appeals

             Defendants.        :

                                      :
------------------------------------- x

## MOTION FOR ADMISSION PRO HAC VICE

**NOW COMES** Danielle L. Pacik, an associate of Devine, Millimet & Branch, Professional Association, counsel to plaintiff Nextel Communications of the Mid-Atlantic Inc., d/b/a Nextel Communications ("Nextel") and respectfully moves for the admission pro hac vice of Attorney Steven E. Grill to practice before this Court on behalf of Nextel. In support of his Motion, the undersigned states as follows:

    1.    Attorney Steven E. Grill is a member in good standing in the bar of the States of New Hampshire and New York, the federal bars of United States District Court for the District of New Hampshire, Southern District of New York, and Eastern District of New York, and is a partner in the firm of Devine, Millimet & Branch of Manchester, New Hampshire.

    2.    Attorney Steven E. Grill is regular counsel to Nextel and has been asked by Nextel to take the lead role in its representation in the above-captioned action.

3. The undersigned, or another attorney from Devine, Millimet & Branch, will be involved as local counsel throughout this case and will appear at all hearings or trials unless excused by the Court.

4. As this action has just begun, Nextel has not sought the concurrence of the defendants pursuant to Local Rule 7.1 (A)(2).

5. The Declaration of Steven E. Grill in support of Motion for Admission <u>Pro Hac Vice</u> Pursuant to Local Rule 83.5.3 is filed herewith and incorporated herein by reference.

**WHEREFORE**, Danielle L. Pacik respectfully moves this Court for an order admitting Attorney Steven E. Grill to practice before this Court <u>pro hac vice</u> in connection with all aspects of the above-captioned action.

Respectfully submitted,

**DANIELLE L. PACIK, ESQUIRE**

**DEVINE, MILLIMET & BRANCH, PROFESSIONAL ASSOCIATION**

Dated: June 1st, 2005        By: _____
Danielle L. Pacik, Esquire (BBO # 653753)
111 Amherst Street
Manchester, NH 03101
(603) 669-1000
e-mail: dpacik@devinemillimet.com

J:\wdox\docs\clients\10339\74110\M0725300.DOC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

------------------------------------x
NEXTEL COMMUNICATIONS OF THE MID- :
ATLANTIC, INC. d/b/a NEXTEL
COMMUNICATIONS :

        Plaintiff, :

vs. : Civil Action No. _____

THE TOWN OF STOUGHTON,   05-11164 RWZ
MASSACHUSETTS, THE ZONING BOARD OF
APPEALS OF THE TOWN OF STOUGHTON, :
MASSACHUSETTS, and ORLANDO
DIGIAMPIETRO, STEVEN MITCHELL, :
SHERMAN EPRO AND RICHARD ROMANICK,
in their capacities as Members of the Town of :
Stoughton Zoning Board of Appeals
  :
        Defendants.
  :
------------------------------------x

**DECLARATION OF STEVEN E. GRILL IN SUPPORT OF
MOTION FOR ADMISSION PRO HAC VICE**

Steven E. Grill declares that:

1.     I am a partner in the firm of Devine, Millimet & Branch, Professional Association at 111 Amherst Street, Manchester, New Hampshire, 03101. My office telephone number is (603) 669-1000.

2.     I certify that I am a member in good standing of the bar of the States of New Hampshire and New York and the district court bars of New Hampshire, New York, Eastern District of New York, without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

3.  I am not currently admitted in this district.

4.  I am not currently suspended or disbarred in any jurisdiction nor have I ever been suspended or disbarred in any jurisdiction.

5.  I have read, acknowledge, and am familiar with, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Massachusetts Supreme Judicial Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

6.  For purposes of his case I have associated with local associate counsel, Danielle L. Pacik, Esquire, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

**I declare under penalties and pains of perjury that the foregoing is true and correct.**

Dated: June 6 2005

_____
Steven E. Grill, Esquire

J:\wdox\docs\clients\10339\74110\M0725299.DOC