# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**SUMMONS IN A CIVIL ACTION**

Nextel Communications of the Mid-Atlantic Inc., d/b/a
Nextel Communications

V.    CASE NUMBER:

The Town of Stoughton, Massachusetts, The Zoning
Board of Appeals of the Town of Stoughton, Massachusetts
and Orlando DiGiampietro, Steven Mitchell, Sherman Epro and
Richard Romanick, in their capacities as Members
of the Town of Stoughton Zoning Board of Appeals

05 - 11164 RWZ

TO: (Name and Address of Defendant)

Orlando DiGiampietro, as Member of
the Town of Stoughton, Massachusetts Zoning Board of Appeals
c/o Town Clerk
Town Hall
10 Pearl Street
Stoughton, MA 02072

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Steven E. Grill, Esquire
Devine, Millimet & Branch, P.A.
111 Amherst Street
Manchester, NH 03101

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

SARAH A. THORNTON

JUN -6 2005

CLERK    DATE

BY DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**Norfolk County Sheriff's Department**   P.O. Box 859215 Braintree, MA 02185-9215 / Tel. # (781) 326-1787
*Norfolk, ss.*

June 23, 2005

I hereby certify and return that on 6/21/2005 at 12:00PM I served a true and attested copy of the summons and complaint in this action in the following manner: To wit, by delivering in hand to Paul Dawson, Town Clerk, person in charge at the time of service for Orlando DiGiampietro in his capacity as Member of the Town of Stoughton Board of Appeals, at Town Hall 10 Pearl Street, Stoughton, MA 02072. Basic Service Fee ($30.00), Copies-Attestation ($5.00), Postage and Handling ($1.00) Total Charges $36.00

Deputy Sheriff James E. Riggs                                  _____
                                                                                         Deputy Sheriff

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Nextel Communications of the Mid-Atlantic Inc., d/b/a
Nextel Communications

**SUMMONS IN A CIVIL ACTION**

V.

CASE NUMBER: 05 - 11164 RWZ

The Town of Stoughton, Massachusetts, The Zoning
Board of Appeals of the Town of Stoughton, Massachusetts
and Orlando DiGiampietro, Steven Mitchell, Sherman Epro and
Richard Romanick, in their capacities as Members
of the Town of Stoughton Zoning Board of Appeals

TO: (Name and Address of Defendant)

Sherman Epro, as Member of
the Town of Stoughton, Massachusetts Zoning Board of Appeals
c/o Town Clerk
Town Hall
10 Pearl Street
Stoughton, MA 02072

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Steven E. Grill, Esquire
Devine, Millimet & Branch, P.A.
111 Amherst Street
Manchester, NH 03101

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

SARAH A. THORNTON

CLERK

BY DEPUTY CLERK

JUN - 6 2005

| S | **Norfolk County Sheriff's Department**   P.O. Box 859215 Braintree, MA 02185-9215 / Tel. # (781) 326-1787 |
|---|---|
| N | *Norfolk, ss.* |

C,                                                                                                                            June 28, 2005

I hereby certify and return that on 6/21/2005 at 12:00PM I served a true and attested copy of the summons and complaint with exhibit A in this action in the following manner: To wit, by delivering in hand to Paul Dawson, Town Clerk, person in charge at the time of service for Sherman Epro, in his capacity as member of the Town of Stoughton Zoning Board of Appeals, at Town Hall 10 Pearl Street, Stoughton, MA 02072. Basic Service Fee ($30.00), Copies-Attestation ($5.00), Postage and Handling ($1.00) Total Charges $36.00

Deputy Sheriff James E. Riggs                                                                          *Deputy Sheriff*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____                    _____
                          Date                                                Signature of Server

                                                                              _____
                                                                              Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**SUMMONS IN A CIVIL ACTION**

Nextel Communications of the Mid-Atlantic Inc., d/b/a
Nextel Communications

V.

CASE NUMBER: 05 - 11164 RWZ

The Town of Stoughton, Massachusetts, The Zoning
Board of Appeals of the Town of Stoughton, Massachusetts
and Orlando DiGiampietro, Steven Mitchell, Sherman Epro and
Richard Romanick, in their capacities as Members
of the Town of Stoughton Zoning Board of Appeals

TO: (Name and Address of Defendant)

Steven Mitchell, as Member of
the Town of Stoughton, Massachusetts Zoning Board of Appeals
c/o Town Clerk
Town Hall
10 Pearl Street
Stoughton, MA 02072

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Steven E. Grill, Esquire
Devine, Millimet & Branch, P.A.
111 Amherst Street
Manchester, NH 03101

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

SARAH A. THORNTON                    JUN - 6 2005
_____      _____
CLERK                                DATE

_____
BY DEPUTY CLERK

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER | TITLE |
| Check one box below to indicate appropriate method of service ||

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

Norfolk County Sheriff's Department  P.O. Box 859215 Braintree, MA 02185-9215 / Tel. # (781) 326-1787

Norfolk, ss.

I hereby certify and return that on 6/21/2005 at 12:00PM I served a true and attested copy of the summons and complaint with exhibit A in this action in the following manner: To wit, by delivering in hand to Paul Dawson, Town Clerk, person in charge at the time of service for Steven Mitchell in his capacity as Member of the Town of Stoughton Zoning Board of Appe, at Town Hall 10 Pearl Street, Stoughton, MA 02072. Basic Service Fee ($30.00), Copies-Attestation ($5.00), Postage and Handling ($1.00) Total Charges $36.00

June 23, 2005

Deputy Sheriff James E. Riggs

_Deputy Sheriff_

_Address of Server_

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.