UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 05-CV-11164-RWZ

| | |
|---|---|
| NEXTEL COMMUNICATIONS OF THE MID-ATLANTIC, INC. d/b/a NEXTEL COMMUNICATIONS,<br><br>    Plaintiff<br><br>v.<br><br>THE TOWN OF STOUGHTON, MASSACHUSETTS, THE ZONING BOARD OF APPEALS OF THE TOWN OF STOUGHTON, MASSACHUSETTS, and ORLANDO DiGIAMPIETRO, STEVEN MITCHELL, SHERMAN EPRO and RICHARD ROMANICK, in their capacities as Members of the Town of Stoughton Zoning Board of Appeals,<br><br>    Defendants | JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE |

       The parties hereby move that the scheduling conference scheduled for August 11, 2005 be continued for at least thirty (30) days. As grounds for this Motion, the parties rely on the following:

       1.     The parties are involved in ongoing settlement discussions that, if successful, would make further legal proceedings unnecessary.

       2.     If the case is not settled, it is likely that a motion to consolidate the litigation with a related case, SBA Network Services v. Town of Stoughton, et al., C.A. No. 05-11006-RWZ, now pending in this Court, will be made. A scheduling conference has not yet been set for that case.

       3.     It is in the interests of the parties and the Court to conserve public resources by continuing the conference at this time.

WHEREFORE, the parties request that the conference be continued until some date after September 12, 2005.

| | |
|---|---|
| NEXTEL COMMUNICATIONS OF THE MID-ATLANTIC, INC. d/b/a NEXTEL COMMUNICATIONS, | TOWN OF STOUGHTON, ET AL., |
| By its attorney, | By their attorneys, |
| /s/ Steven E. Grill<br>Steven E. Grill, Esq.<br>Devine, Millimet & Branch, P.A.<br>111 Amherst Street<br>Manchester, NH  03101<br>(603) 669-1000 | /s/ Patricia A. Cantor<br>Brian W. Riley (BBO# 555385)<br>Patricia A. Cantor (BBO# 072380)<br>Kopelman and Paige, P.C.<br>  Town Counsel<br>31 St. James Avenue<br>Boston, MA 02116-4102<br>(617) 556-0007 |

256850/STOU/0631