UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
NEXTEL COMMUNICATIONS OF THE MID-      :
ATLANTIC, INC. d/b/a NEXTEL
COMMUNICATIONS                          :

                Plaintiff,              :

        vs.                             :   Civil Action No. 05-cv-11164-RWZ

THE TOWN OF STOUGHTON,                  :
MASSACHUSETTS, THE ZONING BOARD OF
APPEALS OF THE TOWN OF STOUGHTON,       :
MASSACHUSETTS, and ORLANDO
DIGIAMPIETRO, STEVEN MITCHELL,          :
SHERMAN EPRO AND RICHARD ROMANICK,
in their capacities as Members of the Town of
Stoughton Zoning Board of Appeals       :
                                        :
                Defendants.
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## AGREEMENT FOR JUDGMENT

The undersigned parties, by their respective counsel, hereby stipulate and agree as follows:

1.      Judgment shall enter in favor of plaintiff Nextel Communications of the Mid-Atlantic, Inc., doing business as Nextel ("Nextel"), on Count I of its Complaint herein. All other counts are dismissed with prejudice.

2.      As more fully set forth in the Agreement for Judgment entered into on or about September 9, 2005, between the defendants herein and SBA Network Services, Inc. ("SBA") in Civil Action No. 05-cv-11006-RWZ, Nextel is to be granted all special permit and variance relief necessary in order for Nextel to install, operate and maintain wireless telecommunications antennas on a certain monopole antenna tower located at 125 Simpson Street, Stoughton,

Massachusetts (the "Premises") and to install, operate and maintain associated equipment and utilities upon the Premises.

    3.    Except as expressly set forth herein and in the aforesaid Agreement for Judgment in Civil Action No. 05-cv-11060-RWZ, no costs, attorneys fees or other relief is granted to any party.

                              Respectfully submitted,

**NEXTEL COMMUNICATIONS OF THE MID-ATLANTIC INC.**

By its attorneys,

**DEVINE, MILLIMET & BRANCH, PROFESSIONAL ASSOCIATION**

Dated: September 9, 2005

By: /s/ Steven E. Grill
Steven E. Grill (admitted *pro hac vice*)
111 Amherst Street
Manchester, New Hampshire 03101
(603) 669-1000
e-mail: sgrill@devinemillimet.com

**THE TOWN OF STOUGHTON, MASSACHUSETTS et al.**

By their attorneys,

**KOPELMAN & PAIGE, P.C.**

Dated: September 9, 2005

By: /s/ Patricia A. Cantor
Brian W. Riley (BBO #555385)
Patricia A. Cantor (BBO #072380)
  Town Counsel
31 St. James Avenue
Boston, Massachusetts 02116
(617) 556-0007

**SO ORDERED,**

_____, **United States District Judge**